CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>        Plaintiff,<br><br>    v.<br><br>**DTG Operations, Inc.**, a Oklahoma Corporation; **The Hertz Corporation**, a Delaware Corporation,<br><br>        Defendants. | **Case:** 3:21-cv-05611-JCS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Andres Gomez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 13, 2021          CENTER FOR DISABILITY ACCESS

By:          /s/Amanda Seabock
Amanda Seabock, Esq.
Attorneys for Plaintiff

1